

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2018

No. 04-17-00692-CV

**COMAL AG OPERATIONS, LLC,**
Appellant

v.

Justin **KELLEY**, Emily Kelley, Valmark Chevrolet, Federated Insurance,
Appellees

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-0910-CV-A
Jessica Crawford, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's September 29, 2017 order granting Justin Kelley and Emily Kelley's motion to dismiss under the Texas Citizens Participation Act (TCPA). *See* TEX. CIV. PRAC. & REM. CODE ANN. § 27.003 (West 2014) (motion to dismiss).

Appellees' briefs were due on December 27, 2017. *See* TEX. R. APP. P. 38.6(b). After Valmark Chevrolet did not timely file an appellee's brief, we advised Valmark that it was an appellee in this appeal, it had the choice to file—or not file—an appellee's brief, but if it chose to file a brief, we ordered Valmark to file it by January 16, 2018.

On January 12, 2018, Valmark filed its brief and a motion for extension of time to file the brief. The motion is GRANTED. Valmark's brief is deemed timely filed.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court